UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 JAN 20 P 12: 56

UNITED STATES OF AMERICA

v.                                                     Case No. 3:04-cr-206(S2)-J-20MCR

JAMAEL TYSON
_____/

## ORDER

The United States' Motion for Reduction of Defendant's Sentence for Timely Notification of Intent to Enter a Plea of Guilty (Doc. No. 822, filed January 19, 2006) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 20T day of January, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Don Pashayan, Esq.
W. Charles Fletcher, Esq.
U.S. Probation