FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 NOV -1 P 4: 08

UNITED STATES OF AMERICA

v.

JAMAEL TYSON

Case No. 3:04-cr-206(S2)-J-20MCR

_____/

## ORDER

On November 1, 2006, Don Pashayan, Assistant United States Attorney, and the Defendant, JAMAEL TYSON, appeared in person and with his counsel, W. Charles Fletcher, for a hearing on the Superceding Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 1061, filed September 5, 2006).

The Defendant, having heretofore been convicted on January 31, 2006, in Case No. 3:04-cr-206(S2)-J-20MCR, of offense charged, to wit: Use of a communication facility to facilitate the conspiracy to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 843(b), as charged in Count Seventeen of the Second Superceding Indictment; and was sentenced to be imprisoned for a term of 24 months; and was placed on supervised release for a term of one (1) year;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED** that Defendant's supervision is reinstated upon the original terms and conditions, and he is released from custody.

**DONE AND ORDERED** at Jacksonville, Florida, this _1st_ day of November, 2006.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Don Pashayan, Esq.
W. Charles Fletcher, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office